Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 1545 | **DATE** | 4/25/2011 |
| **CASE TITLE** | Michael Williams vs. Cook County States Attorneys, et al | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, Plaintiff's second motion for leave to proceed *in forma pauperis* [5] is denied. Since the deadline has passed and Plaintiff has not paid the filing fee or filed an accurately and properly completed *in forma pauperis* application form, the instant action is dismissed. All pending dates and motions are hereby stricken as moot. Civil case terminated.

■[ For further details see text below.]   Docketing to mail notices.

## STATEMENT

    This matter is before the court on Plaintiff Michael Williams' (Williams) second motion for leave to proceed *in forma pauperis* and on his motion for appointment of counsel. On March 10, 2011, the court denied Williams' first motion for leave to proceed *in forma pauperis*. The Court gave Williams until April 19, 2011 to either pay the filing fee or file an accurately and properly completed *in forma pauperis* application form for proceeding in the Northern District of Illinois with a certified copy of his prison trust fund account statement. The court also warned Williams that if he failed to pay the filing fee or file an accurately and properly completed *in forma pauperis* application form for proceeding in the Northern District of Illinois with a certified copy of his prison trust fund account statement by April 19, 2011, this case would be dismissed.

    On March 28, 2011, Williams filed his second motion for leave to proceed *in forma pauperis*. However, Williams has not filed an accurately and properly completed *in forma pauperis* application form. For example, although Williams indicates on his *in forma pauperis* application form that he has not received more than $200 in income from any source in the last twelve months, a review of his prisons trust account shows deposits within the last twelve months totaling $245.00. Since the deadline has passed and Williams

| STATEMENT |
|---|
| has not paid the filing fee or filed an accurately and properly completed *in forma pauperis* application form, the instant action is dismissed.<br><br>On April 18, 2011, Williams sent a letter to the court requesting the appointment of counsel, which the court will liberally construe as a motion for appointment of counsel. The motion for appointment of counsel is denied as moot since the instant action has been dismissed. The court also notes that even if the motion was not moot, Williams has not shown that an appointment of counsel is warranted. *See, e.g., Pruitt v. Mote*, 503 F.3d 647, 654, 661 (7th Cir. 2007). |